# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WASHINGTON

EDWARD F. SHEA
Judge

825 Jadwin Avenue
Suite 190
Richland, Washington 99352
(509) 376-7261

August 20, 2004

Judge Mary M. Lisi, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, DC 20544

Re: Calendar Year 2003 Filing

Dear Judge Lisi:

Thank you for your letter of August 5, 2004.

In Part VII, page 1, line 4, "Annuity - NY Life Insurance Company", Column C should indicate a value of "K" and a value method of "T".

In Part VII, Page 3, line 38 "GESA Credit Union, Column C should indicate a value of "K" and a value method of "T".

In Part VII, page 1, line 13, page 2, lines 22-34, and page 3, lines 39 and 49-53 - Column B(a) should be left blank and the word "NONE" should appear in column B(2).

Please let me know if you need further information. Thank you.

Very truly ~~~

EDWARD F. SHEA
UNITED STATES DISTRICT JUDGE

| AO-10 Rev. 1/2002 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Shea, Edward F | 2. Court or Organization United States District Court | 3. Date of Report 6/4/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III Active Judge | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ◉ Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 825 Jadwin Avenue, Ste. 190 Richland, WA 99352 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer/Director | ████████ - Inactive Corporation |
| 2. | Real Estate Tenancy in Common | ████████ (Building) previously reported as a partnership. |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2003 | ████████ pays me one-third of their fees on contingent fee cases at the firm on 5/28/98. |
| 2. | | ████████ bought my interest in accounts |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | ████████ | 3667.00 |
| 2. | 2003 | ████ Goodwill | 4725.00 |
| 3. | 2003 | ████ Account Receivable | 8270.00 |

COPY

2005 JUN 16 PM 45 FINANCIAL DISCLOSURE OFFICE RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 4. | 2003 | Rental Income (law firm) | 17490.00 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Credit Union | 2nd Home loan | J |
| 2. | NW Mutual Life | Loans on policy | J |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Shea, Edward F | 6/4/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. ▆▆▆▆▆▆▆▆ | E | Rent | M | W | | | | | |
| 2. Merrill Lynch(cash equivalent) | A | Interest | M | T | | | | | |
| 3. Art | | None | K | W | | | | | |
| 4. Annuity-NY Life Insurance Company | E | Distribution | | | | | | | |
| 5. Annuity-TransAmerica Occidential Life Insurance | | None | K | T | | - | | | |
| 6. Schwab Money Market Fund | A | Interest | J | T | Partial sale | 5/21 | J | | |
| 7. Schwab Money Market Fund | | | | T | Buy | 5/28 | J | | |
| 8. Schwab Money Market Fund | | | | T | Buy | 01/06 | J | | |
| 9. Cohen & Steers Realty SH | | None | | T | Sold | 10/10 | J | | *2002 - inadvertently |
| 10. Vanguard International Growth | | None | | T | Sold | | | | *inadvertently omitted from |
| 11. Charles Schwab Cash Account | | None | J | T | | | | | |
| 12. Elan Corp PLC | | None | J | T | | | | | |
| 13. Vanguard Health Care Fund | | | K | T | | | | | |
| 14. Microsoft Corp. | | None | L | T | Partial Sale | 5/21 | K | | |
| 15. DFA US Large Cap Value Portfolio (DFLVX) | | None | K | T | | | | | |
| 16. Meridian Value Fund | | None | J | T | Buy | 5/7 | J | | |
| 17. DFA US 9-10 Small Co (DFSVX) | | None | K | T | | | | | |
| 18. DFA Micro Cap (DFSCX)(X) | | None | K | T | | | | | *Inadvertently omitted from |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F | 6/4/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Coins | | None | J | T | | | | | |
| 20. Fishcreek Ltd | B | Interest | K | T | | | | | |
| 21. VALIC | | None | L | T | | | | | |
| 22. American Funds American Balanced | | | J | T | | | | | |
| 23. American Funds Growth Fund of America | | | J | T | | | | | |
| 24. Credit Suisse Fixed-income Common shares | | | J | T | Partial sale | 5/16 | J | | |
| 25. Dreyfus Premier Technology Growth | | | J | T | | | | | |
| 26. Franklin US Government Securities | | | | T | Sale | 8/15 | J | | |
| 27. Franklin Balance Sheet Investments | | | J | T | | | | | |
| 28. Oppenheimer Global Shares | | | J | T | | | | | |
| 29. Oppenheimer Capital Appreciation A Share | | | J | T | | | | | |
| 30. One Group Mid Cap Growth Class | | | | T | Sale | 5/7 | J | | |
| 31. Dreyfus Midcap Index Fund | | | J | T | | | | | |
| 32. Pioneer Fund A Shares | | | J | T | | | | | |
| 33. Valic Fixed-Interest Option | | | K | T | | | | | |
| 34. Munder Fram Health A | | | J | T | Buy | 11/10 | J | | |
| 35. South Boston Savings Bank Life Ins | A | Interest | J | T | | | | | |
| 36. IBM | | None | | T | Sale | 5/21 | J | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,001-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes:  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
U = Book  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F | 6/4/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Nisource Inc | | None | J | T | | | | | |
| 38. American Century Tech Fund | | None | J | T | | | | | |
| 39. Citrix Systems Inc | | | J | T | | | | | |
| 40. Globix Corp | | None | J | T | | | | | |
| 41. Inktomi Corp | | None | | T | Sold | 2002 | | | *inadvertently omitted from |
| 42. Janus Special Situations Fund | | None | | T | Sale | 5/6 | J | | |
| 43. Lucent Technologies | | None | J | T | | | | | |
| 44. Schwab Value Advantage Money Fund | | None | K | T | | | | | |
| 45. Nasdaq 100 Shares | | None | J | T | | | | | |
| 46. BEA Systems | | None | | T | Sale | 5/21 | J | | |
| 47. Plum Creek Timber | | None | K | T | | | | | |
| 48. GESA Credit Union | B | Interest | | | | | | | |
| 49. IDA Corp (Previously listed as IDA Inc.) | | | | T | Sale | 9/8 | J | D | |
| 50. AVISTA Corp | | | J | T | Buy | 8/15 | J | | |
| 51. Charter Communication | | | J | T | Buy | 5/7 | J | | |
| 52. SBC Comm (X) | | | J | T | Buy | 9/8 | J | | |
| 53. Agere System(X) | | | J | T | Buy | 9/8 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Shea, Edward F | 6/4/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Shea, Edward F | Date of Report<br><br>6/4/2004 |
| --- | --- | --- |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date  6/14/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544